IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTHUR D. DAVIS, JR,
ADC #084388                                                                 PETITIONER

v.                                   5:13-cv-232-DPM-JTR

RAY HOBBS, Director, ADC                                          RESPONDENT

### ORDER

Opposed recommendation, № 11, adopted. FED. R. CIV. P. 72(b)(3).

Motion to dismiss, № 9, granted. Davis's petition for a writ of habeas corpus is dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 February 2014