# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ARTHUR D. DAVIS, JR,**
**ADC #084388**                                                                              **PETITIONER**

v.                                          **5:13-cv-232-DPM**

**RAY HOBBS, Director, ADC**                                                    **RESPONDENT**

## JUDGMENT

Davis's petition is dismissed without prejudice. A certificate of appealability will not issue because Davis has not made a substantial showing of the violation of a constitutional right.

_____
D.P. Marshall Jr.
United States District Judge

12 February 2014