IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARTHUR D. DAVIS, JR,
ADC #084388                                                         PETITIONER

v.                          5:13-cv-232-DPM

RAY HOBBS, Director, ADC                                            RESPONDENT

## ORDER

Motion to dismiss, № 14, denied as moot. Davis's petition was already dismissed without prejudice. № 13 & № 15.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

20 February 2014